## David S. Geer v. Robert J. Frank et al.
## J. L. Bennett v. Same.

Appeal from the Superior Court of Cook County.

This case presents only a question as to whether a contract between attorney and client is void, and is affirmed on the principles announced in N. C. St. R. R. Co. v. Ackley, 171 Ill. 113.   Affirmed.

ERNEST SAUNDERS, attorney for appellants.

YOUNG, MAKEEL & BRADLEY and MITCHELL & ADDINGTON, attorneys for appellees.